

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00914-CR

Alfredo **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3538
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 11, 2015.

_____
Jason Pulliam, Justice